I, Tyler Zanella, Civil Action #: 1:23-CV-02546, deny all allegations in the referenced civil matter.

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*3:49 pm, Nov 07, 2023*
**JEFFREY P. COLWELL, CLERK**