IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02546-RMR-NRN

LCI, a Minor, GMI, a Minor, MTI, a Minor, and KERI INNIS their Guardian, and Next Friend, XHK, a Minor, PRISCILLA MULLER and COLBY KUEMMERLIN, his Guardians, and Next Friends, MSH, a Minor, MATIN SAAHIRA HAAMID, her Guardian, and Next Friend, and MDF, a Minor, RAQUELLE FERGUSON and JONATHAN FERGUSON, his Guardians, and Next Friends

Plaintiffs,

v.

POUDRE SCHOOL DISTRICT R-1; TYLER ZANELLA, an individual; and DOES 1-50, who are presently unknown persons,

Defendants.

---

**STIPULATED MOTION FOR PROTECTIVE ORDER**

---

The Parties to this matter, by and through their respective undersigned counsel and pursuant to Fed. R. Civ. P. 26(c), hereby jointly request that his Court issue a Protective Order Regarding certain confidential information, and as grounds therefore state as follows:

1. Pursuant to Fed. R. Civ. P. 26(c), this Court has discretion to enter a protective order “to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense.

2. In this matter, the Parties anticipate that certain documents and information to be produced will contain confidential information, including statutorily protected information, that the parties and certain non-litigants have an interest in maintaining as private.

3. By their signatures below, the Parties, through their respective counsel, have agreed on the specific parameters of the protections they seek. The terms of the Parties' agreement are reflected in the Proposed Protective Order attached hereto as Exhibit A.

4. Entry of the attached Proposed Protective Order will protect the Parties and certain non-litigants from annoyance, oppression, and other damages they may suffer as a result of disclosure.

WHEREFORE, the Parties jointly request that this Court grant the instant Motion and enter the accompanying Protective Order attached hereto as Exhibit A.

BAITY & LINDVIG, LLC

By: /s/ Stephen J. Baity
Stephen J. Baity
Colorado State Bar No. 13137
(303) 572-3100
sbaity@baitylegal.com

THE OZZELLO PRACTICE, PC

By: /s/ Calvin A. Marshall
Mark A. Ozzello
Calvin A. Marshall
California State Bar No. 318587
(844) 774-2020
cmarshall@ozzellolaw.com

Lyons Gaddis, PC

By: /s/ Catherine A. Tallerico
Catherine Tallerico
515 Kimbark St, Longmont CO
(303) 776-9900
ctallerico@lyonsgaddis.com