**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:23-CV-02546-RMR-NRN (Consolidated for all purposes with Civil Action No. 1:24-cv-02723-KAS)**

LCI, a minor, GMI, a minor, and MTI, a minor, by and through parent and next friend KERI INNIS; XHK, a minor, by and through parents and next friends PRISCILLA MULLER and COLBY KUEMMERLIN; MSH, a minor, by and through parent and next friend MATIN SAAHIRA HAAMID; and MDF, a minor, by and through parents and next friends RAQUELLE FERGUSON and JONATHAN FERGUSON,

Plaintiffs,

v.

POUDRE SCHOOL DISTRICT R-1; TYLER ZANELLA, an individual; and DOES 1-50, who are presently unknown persons,

Defendants.

And

A.M., a minor, by and through their parents and next friends D.M. and B.M.; and I.H., a minor, by and through their parents and next friends S.H. and W.H.,

Plaintiffs,

v.

POUDRE SCHOOL DISTRICT R-1; WAYNE THORNES, in his individual capacity; EMILY BICKERTON, in her individual capacity; DAVID OLIVER, in his individual capacity; SONJA NOVOVESKY, in her individual capacity; and JOHN DOES 1-5, in their individual capacities,

Defendants.

---

**DEFENDANT POUDRE SCHOOL DISTRICT R-1'S DESIGNATION OF RESPONSIBLE NONPARTIES AT FAULT, PURSUANT TO C.R.S. § 13-21-111.5**

---

Defendant, POUDRE SCHOOL DISTRICT R-1 ("Defendant PSD"), by and through undersigned counsel, Tyson & Mendes LLP, hereby files its Designation of Nonparties at Fault, pursuant to C.R.S. § 13-21-111.5, and states as follows:

1. C.R.S. § 13-21-111.5 provides that a party wishing to designate a nonparty must file a notice "designating such nonparty and setting forth such nonparty's name and last known address, or the best identification of such nonparty which is possible under the circumstances, together with a brief statement of the basis for believing such nonparty to be at fault."

2. Defendant PSD designates the following nonparties, who may be wholly or partially at fault in the above-captioned action assuming the allegations in Plaintiffs' Complaint are true, to which Defendant PSD has responded to each factual allegation as reflected in its Answer:

a. With respect to Civil Action No. 1:23-CV-02546-RMR-NRN, nonparty, Defendant PSD designates David Oliver ("Oliver"), c/o Fischer Law Group, 125 South Howes Street, Suite 900, Fort Collins, Colorado 80521, (970) 482-4710, as a nonparty at fault. Oliver was the assigned bus driver on the bus to which Defendant Zanella was assigned as a paraprofessional. Oliver was aware or should have been aware of the abuse being inflicted by Defendant Zanella upon minor Plaintiffs, L.C.I., G.M.I., M.T.I, X.H.K., M.S.H., M.D.F., A.M., and I.H., the extent and manner of which was captured by bus surveillance video, which speaks for itself. Moreover, Oliver covered up Defendant Zanella's actions when confronted by school staff when complaints were lodged by teachers or parents, of which Defendant PSD did not become aware until May

23, 2023. Moreover, Oliver engaged with Defendant Zanella in making harassing statements to and disrespectful comments about the children. Oliver never reported Defendant Zanella in compliance with his mandatory reporter obligations and District policies. The actions and/or inactions of Oliver place him wholly or partially at fault and negligent for the claims for relief brought against Defendant PSD and thus liable for Plaintiffs' damages, if any.

b. With respect to Civil Action No. 1:24-cv-02723-KAS, Defendant PSD designates Tyler Zanella ("Zanella"), last known address: 8003 5th Street, Wellington, Colorado 80549, tylerzanella@gmail.com, as a nonparty at fault. Zanella was a paraprofessional assigned to assist children with special needs on the bus to and from Shepardson Elementary School and Bacon Elementary School. Zanella abused minor Plaintiffs, L.C.I., G.M.I., M.T.I, X.H.K., M.S.H., M.D.F., A.M., and I.H., the extent and manner of which was captured by bus surveillance video, which speaks for itself. Moreover, Zanella engaged with Defendant Oliver in making harassing statements to and disrespectful comments about the children. The actions and/or inactions of Zanella place him wholly or partially at fault and negligent for the claims for relief brought against Defendant PSD and thus liable for Plaintiffs' damages, if any.

c. Any other nonparties whose identities may become known during the course of discovery and investigation of the alleged incident that is the subject of the above-captioned action. Said non-parties may be wholly or partially at fault and negligent, and thus liable for Plaintiffs' damages, if any.

3. By filing this Designation of Nonparties as Fault, Defendant PSD does not admit it was in any way responsible for the claims and damages alleged in Plaintiffs' Complaint, or that the claimed damages in fact exist or were caused by Defendant PSD's acts or omissions.

4. Defendant PSD reserves the right to designate additional nonparties at fault, or to seek leave to designate such additional nonparties, as they are discovered during the progression of this case.

5. To the extent that the Court determines that further clarification is needed regarding the designations made herein, or in the future, Defendant PSD requests leave be given to make such clarifications, including, but not limited to, a period of time after the parties conduct further discovery on the claims made against Defendant PSD.

Dated this 16th day of December, 2024.

Tyson & Mendes LLP

By: *<u>/s/ Michael D. Drews</u>*

Michael D. Drews, Esq.
200 Union Boulevard, Suite 200
Lakewood, Colorado 80228
Telephone: (720) 726-5893
Facsimile: (720) 408-6385
Email: mdrews@tysonmendes.com

*/s/ William R. Johnson*

William R. Johnson, Esq.
1616 Westgate Circle, Suite 330
Brentwood, Tennessee 37027
Telephone: (615) 647-6195
Facsimile: (615) 437-7896
Email: wjohnson@tysonmendes.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing was filed *via* ECF on the 16th day of December, 2024, and *via* email upon the following:

Stephen J. Baity, Esq.
Baity & Lindvig, LLC
P.O. Box 370232
Denver, Colorado 80237
sbaity@baitylegal.com

[_____] U.S. Mail
[_____] Fed Ex
[_____] Fax
[_____] Hand Delivered
[__X_] E-Mailed
[__X_] E-Filed

Calvin Marshall, Esq.
Mark Ozzello, Esq.
The Ozzello Practice, PC
400 Continental Boulevard, 6th Floor
El Segundo, California 90245
cmarshall@ozzellolaw.com
mark@ozzellolaw.com

[_____] U.S. Mail
[_____] Fed Ex
[_____] Fax
[_____] Hand Delivered
[__X_] E-Mailed
[__X_] E-Filed

Tyler Zanella, *pro se*
8003 5th Street
Wellington, Colorado 80549
tylerzanella@gmail.com

[_____] U.S. Mail
[_____] Fed Ex
[_____] Fax
[_____] Hand Delivered
[__X_] E-Mailed
[__X_] E-Filed

David A. Lane, Esq.
Liana Orshan, Esq.
Killmer Lane, LLP
1543 Champa Street, Suite 400
Denver, Colorado 80202
dlane@killmerlane.com
lorshan@killmerlane.com

[_____] U.S. Mail
[_____] Fed Ex
[_____] Fax
[_____] Hand Delivered
[__X_] E-Mailed
[__X_] E-Filed

Anna Holland Edwards, Esq.
Erica Grossman, Esq.
Holland, Holland Edwards & Grossman, LLC
1437 North High Street
Denver, Colorado 80218
anna@hheglaw.com
erica@hheglaw.com

[_____] U.S. Mail
[_____] Fed Ex
[_____] Fax
[_____] Hand Delivered
[__X_] E-Mailed
[__X_] E-Filed

| | |
|---|---|
| Heather R. Hanneman<br>Recht & Kornfeld, P.C.<br>1600 Stout Street, Ste. 1400<br>Denver, CO 80202<br>heather@rklawpc.com | [_____] U.S. Mail<br>[_____] Fed Ex<br>[_____] Fax<br>[_____] Hand Delivered<br>[__X__] E-Mailed<br>[__X__] E-Filed |
| Sara Ludke Cook<br>Vaghan & DeMuro<br>111 South Tejon Street, Ste. 545<br>Colorado Springs, CO 80903<br>scook@vaughandemuro.com | [_____] U.S. Mail<br>[_____] Fed Ex<br>[_____] Fax<br>[_____] Hand Delivered<br>[__X__] E-Mailed<br>[__X__] E-Filed |
| Ashleigh E. Bravo<br>Erik G. Fischer, P.C.<br>P.O. Box 506<br>125 South Howes Street, Ste. 900<br>Fort Collins, CO 80522<br>ash@fischerlawgroup.com<br>erik@fischerlawgroup.com | [_____] U.S. Mail<br>[_____] Fed Ex<br>[_____] Fax<br>[_____] Hand Delivered<br>[__X__] E-Mailed<br>[__X__] E-Filed |
| Geoffrey Klingsporn<br>Josh Marks<br>Berg Hill Greenleaf Ruscitti LLP<br>1712 Pearl Street<br>Boulder, CO 80302<br>Geoff.klingsporn@bhgrlaw.com<br>jam@bhgrlaw.com | [_____] U.S. Mail<br>[_____] Fed Ex<br>[_____] Fax<br>[_____] Hand Delivered<br>[__X__] E-Mailed<br>[__X__] E-Filed |

Signed original document maintained
and available pursuant to Rule 121.

*_/s/ Heidi Carmack Cline_____________*