**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 23-cv-02546-RMR-NRN (Consolidated for all purposes with Civil Action No. 1:24-cv-02723-KAS)

LCI, a minor, GMI, a minor, and MTI, a minor, by and through parent and next friend KERI INNIS; XHK, a minor, by and through parents and next friends PRISCILLA MULLER and COLBY KUEMMERLIN; MSH, a minor, by and through parent and next friend MATIN SAAHIRA HAAMID; and MDF, a minor, by and through parents and next friends RAQUELLE FERGUSON and JONATHAN FERGUSON, and

A.M., a minor, by and through their parents and next friends D.M. and B.M.; and I.H., a minor, by and through their parents and next friends S.H. and W.H.,

Plaintiffs,

v.

POUDRE SCHOOL DISTRICT R-1; TYLER ZANELLA, an individual; and DOES 1-50, who are presently unknown persons, and WAYNE THORNES, in his individual capacity; EMILY BICKERTON, in her individual capacity; DAVID OLIVER, in his individual capacity; SONJA NOVOVESKY, in her individual capacity;

Defendants.

---

# DEFENDANT DAVID OLIVER'S DESIGNATION OF RESPONSIBLE NONPARTIES AT FAULT, PURSUANT TO C.R.S. § 13-21-111.5

---

COMES NOW, Defendant David Oliver ("Defendant Oliver"), through counsel, hereby files his Designation of Responsible Nonparties at Fault, Pursuant to C.R.S. § 13-21-111.5, and states as follows:

1. C.R.S. § 13-21-111.5 provides that a party wishing to designate a nonparty must file a notice "designating such nonparty and setting forth such nonparty's name and last known address, or the best identification of such nonparty

which is possible under the circumstances, together with a brief statement of the basis for believing such nonparty to be at fault".

2. Defendant Oliver designates the following nonparty who may be wholly or partially at fault assuming the allegations in Plaintiffs' Complaint are true.

a. With respect to Civil Action No. 1:24-cv-02723-KAS, Defendant Oliver designates Tyler Joseph Zanella ("Zanella"), Inmate # B2400298, c/o Larimer County Jail, 2405 Midpoint Drive, Dort Collins, CO 80521, as a nonparty at fault. Zanella served as a paraprofessional responsible for assisting children with special needs during transportation to and from Shepardson Elementary School and Bacon Elementary School. Unbeknownst to Defendant Oliver, Zanella subjected minor Plaintiffs L.C.I., G.M.I., M.T.I., X.H.K., M.S.H., M.D.F., A.M., and I.H. to abuse. The nature and extent of this abuse were documented on bus surveillance footage, which provides a clear and undisputed account of the events. The extent and manner of which was captured by bus surveillance video, which speaks for itself. There is no evidence that Defendant Oliver was involved or knew of the abuse.

b. Any other nonparties whose identities may become known during the course of discovery and investigation of the alleged incident that is the subject of the above-captioned action. The nonparties may be wholly or partially at fault and negligent, and thus liable for Plaintiffs' damages, if any.

3. By filing this Designation of nonparties at Fault, Defendant Oliver does not admit he was in any way responsible for the claims and damages alleged in Plaintiffs' Complaint, or that the claimed damages in fact exist or were caused by Defendant Oliver's acts or omissions.

4. Defendant Oliver reserves the right to designate additional nonparties at fault, or to seek leave to designate such additional nonparties, as they are discovered during the progression of this case.

5. To the extent that the Court determines that further clarification is needed regarding the designations made herein, or in the future, Defendant Oliver requests leave to be given to make such clarifications, including, but not limited to, a period of time after the parties conduct further discovery on the claims made against Defendant Oliver.

Respectfully submitted this 3rd day of January, 2025.

Respectfully submitted,

/s/ *Erik G. Fischer*
Erik G. Fischer, #16856
Ashleigh Bravo, #54653
*Fischer Law Group, P.C.*
125 South Howes – Suite 900
Fort Collins, CO 80521
Telephone: (970) 482-4710
Facsimile: (970) 482-4729
Email: erik@fischerlawgroup.com
ash@fischerlawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of January, 2025, a copy of the foregoing **DEFENDANT DAVID OLIVER'S DESIGNATION OF RESPONSIBLE NONPARTIES AT FAULT, PURSUANT TO C.R.S. § 13-21-111.5** was filed via CM/ECF, which will electronically serve all counsel of record.

/s/ *Ellie T. Elento*
Ellie T. Elento, Sr. Paralegal
Fischer Law Group, P.C.