**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-02546-RMR-NRN
(Consolidated with Civil Action No. 1:24-cv-02723)

LCI, a Minor, GMI, a Minor, MTI, a Minor, and KERI INNIS their Guardian, and Next Friend, XHK, a Minor, PRISCILLA MULLER and COLBY KUEMMERLIN, his Guardians, and Next Friends, MSH, a Minor, MATIN SAAHIRA HAAMID, her Guardian, and Next Friend, and MDF, a Minor, RAQUELLE FERGUSON and JONATHAN FERGUSON, his Guardians, and Next Friends AAW, a minor, and NIKITA ELIJAH, her Guardian and Next Friend, and

ASHTON MONTGOMERY, a minor, by and through their parents and next friends DAISY MONTGOMERY and BARCLAY MONTGOMERY; and I.H., a minor, by and through their parents and next friends SABRINA HERRICK and WILLIAM HAIRE,

    Plaintiffs,

v.

POUDRE SCHOOL DISTRICT R-1; TYLER ZANELLA, an individual; and
DOES 1-50, who are presently unknown persons, and

WAYNE THORNES, in his individual capacity; EMILY BICKERTON, in her individual capacity; DAVID OLIVER, in his individual capacity; SONJA NOVOVESKY, in her individual capacity; and JOHN DOES 1-5,

    Defendants.

_____

**NOTICE OF SETTLEMENT**
_____

    Plaintiffs and Defendants, through undersigned counsel, submit the following Notice of Settlement:

    1.    All Plaintiffs and all Defendants in this case have reached a settlement on all material terms, subject to approval by a Probate Court for all the minor beneficiaries.

2.	There is no approval hearing set at this time. The parties request dismissal paperwork or in the alternative a status report advising of the status of probate approval be filed by May 23, 2025.

Respectfully submitted this 24th day of February, 2025

HOLLAND, HOLLAND EDWARDS & GROSSMAN

/s/ Erica Grossman
Erica Grossman
Anna Holland Edwards
1437 High Street
Denver, CO 80218
erica@hheglaw.com
*Attorneys for Plaintiff I.H.*

TYSON & MENDES

/s/ Michael Drews
Michael Drews
William Johnson
200 Union Blvd., Suite 200
Lakewood, CO 80228
mdrews@tysonmendes.com
*Attorneys for Defendant PSD*

KILLMER LANE

/s/ Liana Orshan
Liana Orshan
David Lane
1543 Champa St. Suite 400
Denver, CO 80202
lorshan@killmerlane.com
*Attorneys for Plaintiff A.M.*

THE OZZELLO PRACTICE

/s/ Calvin Marshall
Calvin Marshall
Mark Ozzello
400 Continental Blvd, 6th Floor
El Segundo, CA 90245
cmarshall@ozzellolaw.com
*Attorneys for Plaintiffs LCI, GMI, MTI, XHK, MSH, MDF*

2

## CERTIFICATE OF SERVICE

     I hereby certify that on February 24, 2025, I filed a copy of the foregoing **NOTICE OF SETTLEMENT**, via CM/ECF which will send an electronic Notice of Electronic Service to all counsel of record.

                              */s/ Brooke Thiele-LaForest*
                              Brooke Thiele-LaForest, Paralegal